FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19MJ 161 |
| v. | ) | |
| | ) | |
| ROBERT E. WALKER II, | ) | Court Date: April 15, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

COUNT I (Misdemeanor 7517690)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 17, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBERT E. WALKER II, did unlawfully, knowingly, and willfully possess a mixture and substance which contains a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a))

COUNT II (Misdemeanor 7517689)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 17, 2019, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, ROBERT E. WALKER II, did knowingly possess about his person, hidden from common observation, any pistol, revolver or other weapon designed or intended to propel a missile of any kind by action of explosion of any combustible material.

(In violation of Title 18, United States Code, Section 13 assimilating Virginia Code 18.2-308)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this 4/L day of April 2019 to the defendant at:

Robert E. Walker II
2107 Mandalay Dr, Apt D
Richmond, Virginia 23224-2643

By: _____
Amanda R. Williams
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Amanda.R.Williams@usdoj.gov